UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-318-BO

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| KRISTOPHER DEVONTE STEWART | |

THIS MATTER came on to be heard upon motion of Defendant to seal a proposed sealed document, pursuant to Local Criminal Rule 55.2. For the reasons set forth in Defendant's Motion, the Court finds that good cause exists to seal the proposed sealed document.

Accordingly, Defendant's motion to seal document is GRANTED, and the document will remain sealed unless and until any further order of this Court.

SO ORDERED.

This the 31 day of May, 2017.

*/s/ Terrence Boyle*
Hon. Terrence W. Boyle
United States District Judge, EDNC

1